| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> BRANDON CALLIER <br> BRANDON CALLIER <br> 6336 FRANKLIN TRAIL DR <br> EL PASO, TX 79912 <br>        TELEPHONE NO: (915) 383-4604      FAX NO *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: brencallie6316@gmail.com <br>        ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY <br><br> **FILED** <br> April 13, 2022 <br> CLERK, U.S. DISTRICT COURT <br> WESTERN DISTRICT OF TEXAS <br> BY: ___Michael Trujillo___ <br>                              DEPUTY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** OUT OF STATE COURT <br>    STREET ADDRESS: <br>   MAILING ADDRESS: <br> CITY AND ZIP CODE: <br>    BRANCH NAME: OUT OF STATE COURT | |
| PLAINTIFF / PETITIONER: BRANDON CALLIER <br> DEFENDANT / RESPONDENT: WEST CAPITAL LENDING INC, A CALIFORNIA COROR ATION | CASE NUMBER: <br> EP22CV0096 |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> 6843194 (34) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: <br> SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; PLAINTIFF'S ORIGINAL COMPLAINT

3. Party served: WEST CAPITAL LENDING INC, A CALIFORNIA COROR ATION

4. Address where the party was served: <br> 34 EXECUTIVE PARK STE 180 <br> IRVINE, CA 92614

5.b. I served the party on: **DATE: Mar 23, 2022  TIME: 3:28 pm**

   I served the party by **personal service. I left the items in item 2 with the defendant personally.**

   I left the documents listed in Item 2 with or in the presence of <br> **Venessa Tanasiois -Authorized to accept.**

   Physical Description: **Age: 27; Ethnicity: Hispanic; Gender: Female; Weight: 155; Height: 5'4"; Hair: Black; Eyes: Brown;**



| 7.a. ZAC PASZKO <br> b. C/O United Legal <br> 1128 E 6th St, Suite 2 Corona, CA 92879 <br> c. 855-401-8834 <br> d. Fee: $82.00 | e. California Registered Process Server <br> Independent Contractor (not employee) <br> Registration # PSC2093 <br> County: ORANGE |

8. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. <br> DATE: 03/28/2022

                                        _____ZAC PASZKO signature_____ <br>
                                        ZAC PASZKO

Form Adopted for Mandatory Use <br>
Judicial Council of California <br>
POS-010 [Rev, Jan 1, 2007]                                    Code of Civil Procedure, Sec 417.10