RECEIVED
April 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
, DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2022 APR 20  AM 11: 31
CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| BRANDON CALLIER, | § |
| Plaintiff, | § |
| v. | § |
| WEST CAPITAL LENDING INC, a California Corporation | § EP-22-CV-0096-DG |
| Defendants. | § |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on March 17, 2022; that the summons and complaint were duly served upon the Defendant West Capital Lending, Inc. on March 23, 2022 and more than 21 days have passed and no answer or other pleading have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendant West Capital Lending, Inc. as provided in Rule 55(a), Federal Rules of Civil Procedure.

JEANNETTE J CLACK

By _Michael L. Trujillo_
Deputy Clerk