FILED
April 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § § § Plaintiff, § § v. § EP-22-CV-0096-DG § WEST CAPITAL LENDING INC, a California § Corporation § § § Defendants. § § | |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff Brandon Callier requests that the Clerk of Court enter Judgment by Default against Defendant West Capital Lending, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(1). In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.

Dated April 21, 2022

Plaintiff, pro se
Brandon Callier

**FILED**
April 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_Michael Trujillo\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, <br><br>                  Plaintiff, <br><br> v. <br><br> WEST CAPITAL LENDING INC, a California Corporation <br><br>                  Defendants. | EP-22-CV-0096-DG |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT FOR SUM CERTAIN and STATEMENT OF AMOUNT DUE

I, Brandon Callier, being duly sworn, state as follows:

1. I am the Plaintiff, Pro Se, in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The amount due in this action is:

    a. $1,500 in statutory treble damages for 1 § 227(b) violation pursuant to 47 U.S.C. § 227(b)(3)(B); and

    b. $1,500 in statutory treble damages for each of 9 § 227(c) violations pursuant to 47 U.S.C. § 227(c)(5)(B).

    For a total of $15,000.00

3. Defendant West Capital Lending, Inc. are known violators of the TCPA and were sued in case# 8:22-cv-00369-JLS-DFM for TCPA violations and yet continue to willfully and knowingly violate the law therefore treble damages should apply.

4. This action was filed on or about March 17, 2022. Proof of service documents duly filed in the docket of this case show that the defendant were served with the Summons and

1

Complaint in this action almost (29) days ago, that defendant are not in the military service, or an infant or incompetent.

5. Defendant did not answer or otherwise appear in the above-entitled action and time to do so has lapsed.
6. From March 2, 2022 to March 8, 2022 Defendant sent Plaintiff 9 unauthorized calls.
7. Pursuant to Federal Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered a Certificate of the Entry of Default against Defendant West Capital Lending, Inc on April 20, 2022.
8. Upon information and belief, the amount due of $15,000.00 is justly due and owing and no part thereof has been paid except as herein set forth.
9. The disbursements set forth in this affidavit and sought to be taxed have been made in the action or will necessarily be made or incurred therein.

Dated April 21, 2022

Sworn to and subscribed before

Me this 21 day of April,

20 22

Notary Public

My Commission Expires: May 18, 2023

Brandon Callier

Plaintiff, Pro-se

ABRAHAM PEINADO
NOTARY PUBLIC - STATE OF TEXAS
NOTARY ID# 13022985-8
My Comm. Exp. May 18, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, <br><br> Plaintiff, <br><br> v. <br><br> WEST CAPITAL LENDING INC, a California Corporation <br><br> Defendants. | § § § § § § § § § § § § § § § <br><br> EP-22-CV-0096-DG |

### CERTIFICATE OF SERVICE

I herby certify that on April 21, 2022 I caused a true copy of the foregoing, PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGEMENT FOR SUM CERTAIN to be served via USPS mail to Defendant West Capital, Inc. c/o via registered agent Financial & Legal Network, Inc. at 34 Executive Park, Suite 180 Irvine, California 92614.

April 21, 2022

Respectfully submitted,

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

RECEIVED
April 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
DEPUTY

Case 3:22-cv-00096-DCG   Document 9   Filed 04/25/22   Page 5 of 5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, | § |
| Plaintiff, | § |
| v. | § |
| WEST CAPITAL LENDING INC, a California Corporation | § EP-22-CV-0096-DG |
| Defendants. | § |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendant West Capital Lending, Inc. was served with the Summons and Complaint in this action on or about March 23, 2022, and the time for Defendant to appear, answer, or move against the Complaint has expired without an appearance by Defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby;

ADJUDGED that the Plaintiff, Brandon Callier, recover from the Defendant the sum of $15,000.00, the amount claimed, amounting in all to $15,000.00, plus interest on the judgement at the legal rate until the judgment is satisfied, and that the Plaintiff have execution, therefore.

_____
Jannette J. Clark
Clerk of Court
United States District Court

JUDGMENT ENTERED THIS DAY OF _____, 2022